UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-M-00006-LTS |
| | ) | |
| GUILLERMO FREDERICO VASCO | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to the Worcester County House of Corrections in West Boylston, Massachusetts, for the purpose of securing **GUILLERMO FREDERICO VASCO** at an initial appearance before Magistrate Judge Leo T. Sorokin on Thursday, June 9, 2005, at 10 a.m. In support of this petition, the government states that:

1.   **GUILLERMO FREDERICO VASCO**, (Inmate #:MSA0055566 and Booking #: P096803), is presently confined at Worcester County House of Corrections and will be so confined on June 9, 2005.

2.   **GUILLERMO FREDERICO VASCO** was complained against in the above-captioned case.

3.   **GUILLERMO FREDERICO VASCO** is due to appear before the United States District Court, at Boston, Massachusetts, for the purpose of initial appearance on June 9, 2005, at 10 a.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Sheriff at Worcester County House of Corrections and to any other person having custody

and control of **GUILLERMO FREDERICO VASCO**, commanding them to produce

**GUILLERMO FREDERICO VASCO** before Magistrate Judge Leo T. Sorokin at the United

States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on June 9, 2005, at 10 a.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

*Sandra S. Bower*

SANDRA S. BOWER
Assistant U.S. Attorney

ALLOWED:

UNITED STATES MAGISTRATE JUDGE LEO T. SOROKIN

Dated: June 7, 2005

