UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS**, or any of his deputies and to:

SHERIFF
Worcester County House of Corrections
5 Paul X. Tivnan Drive
West Boylston, MA 01583

**YOU ARE COMMANDED** to have the body of **GUILLERMO FREDERICO VASCO** now in your custody, before the United States District Court for the District of Massachusetts at Boston on **Thursday, JUNE 9, 2005** at **10 a.m.** for the purpose of an initial appearance in Courtroom 14, 5th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, in the case of **United States v. Guillermo Frederico Vasco, Magistrate Number 05-00006-LTS**. And you are to retain the body of said **GUILLERMO FREDERICO VASCO** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 7th day of June 2005.

_/s/ Leo T. Sorokin_
**LEO T. SOROKIN**
**United States Magistrate Judge**

SARAH ALLISON THORNTON
By: _/s/_
Deputy Clerk

Requested by AUSA Sandra S. Bower