## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:

## SHERIFF
## WORCESTER COUNTY HOUSE OF CORRECTIONS
## 5 PAUL X. TIVNAN DRIVE
## WEST BOYLSTON, MA 01583

YOU ARE COMMANDED to have the body of GUILLERMO FREDERICO VASCO now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, 1

Courthouse Way, Courtroom No. 23 , on the 7th floor, Boston, Massachusetts on Monday, June 13,

2005, at 11:00 A.M., for the purpose of PRELIMINARY EXAMINATION in the case of UNITED STATES

OF AMERICA v. GUILLERMO FREDERICO VASCO, Magistrate Number 05-00006LTS.

And you are to retain the body of said GUILLERMO FREDERICO VASCO  while before said

Court upon said day and upon such other days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said GUILLERMO FREDERICO VASCO to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your

doings herein.

Dated:   June 9, 2005



/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

By
Deputy Clerk