UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05-m-00006 LTS

UNITED STATES OF AMERICA

v.

GUILLERMO FREDERICO VASCO

ORDER ON DETENTION MOTION

SOROKIN, M.J.

The defendant appeared before the undersigned on June 9, 2005. He was represented by counsel. The Government moved for detention of the defendant and requested a hearing on this motion. The defendant is currently held in state custody awaiting trial. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, n. 3 (1st Cir. 1987).

Thus, it is ORDERED that: (1) the detention hearing is continued generally; (2) the defendant is, DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) the U.S. Marshal lodge a detainer against the defendant with the state authorities on the basis of this Order.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

Date: June 9, 2005

Case 1:05-mj-00006-LTS    Document 6    Filed 06/09/2005    Page 2 of 2