AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

US v. Vasco

**EXHIBIT AND WITNESS LIST**

Case Number: 05-mj-00006 LTS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sorokin | Bower | Norris |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
|  | Digital | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 6/13 |  | ✓ | Mathew O'Shaughnessy |
| 1 |  | 6/13 |  | ✓ | Compl Affidavit |
| 2 | 2 | 6/3 | X | ✓ | Separation agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages